IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS R. REVES                                                                                         PLAINTIFF

v.                                            Civil No. 4:19-cv-04108

KEVIN CROSS; and SHERIFF
ROBERT GENTRY                                                                                        DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena of an MRI from the Arkansas Department of Correction ("ADC") "and/or" Baxter Medical Center in Mountain Home, Arkansas. (ECF No. 37).

In his motion Plaintiff states:

> …the MRI Report that shows the injury's I sustained the MRI Report is dated 22 days after the date of the fall and show damage to my lower spine and nerves which coincides with my first complaint to the Nurse at Sevier Co. Detention Center…the date on the MRI is 8-12-19 these numbers appear on the Document Im requesting MRN#:1344625 FIN#:62683188 Accessin; MR-19-03925…Admitting Dr. Marty Wayne Hearyman MD…MRI Interpreted by, Kyle McAlister M.D.…

(ECF No. 37, p. 2).

Accordingly, Plaintiff's Motion for Subpoena (ECF No. 37) for the MRI described above is **GRANTED.**

**The Clerk is DIRECTED to issue a subpoena to Arkansas Department of Correction, Attention Jane Fletcher, Medical Records, ADC Administration Building, 6814 Princeton Pike Road, Pine Bluff, AR 71602 AND Baxter Regional Medical Center, 624 Hospital Drive, Mountain Home, AR 72653. The subpoenas should require the production of the MRI described as: MRI dated August 12, 2019 for Travis R. Reves, MRN#:1344625**

1

**FIN#:62683188 Accessin; MR-19-03925…Admitting Dr. Marty Wayne Hearyman MD…MRI Interpreted by, Kyle McAlister M.D.**

The subpoena should be served by certified mail, return receipt requested. The records shall be produced by April 26, 2020, with an affidavit from the records keeper to authenticate the records. The records should be delivered to United States District Court, Western District of Arkansas, Pro Se Office, 500 North State Line Avenue, Room 302, Texarkana, AR 71854.

**IT IS SO ORDERED THIS 26th day of March 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE