IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS R. REVES                                                                      PLAINTIFF

v.                                      Civil No. 4:19-cv-04108

K CROSS, Deputy, Sevier County  Sheriff's Department;
And SHERIFF ROBERT GENTRY                                        DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Subpoena.  (ECF No. 58).  Defendants have filed

a Response to the motion.  (ECF No. 58).  In his motion Plaintiff asks the Court to subpoena the

following information:

> …Court transcripts from Plaintiffs Rule 37 hearing held on 7/18/18 in the Sevier
> Co. courthouse…vechical logs/Transport logs for 7/18/18 that shows what officer
> drive what vechical to and from court that day and who they transported…video
> footage from the Sevier Co. Detention Centers salla port cameras for 7/18/18 from
> 7:30am to 3:00pm which will show who transported the plaintiff to the courthouse
> …

(ECF No. 58).  Defendants state in their Response that Plaintiff's motion seeks production

of information not previously requested in discovery.  They go on to argue Plaintiff's

motion should be denied due to the willingness of Defendants to respond to the discovery

request within thirty (30) days.

Plaintiff must first seek to obtain information on his own from Defendants, and others,

before seeking a subpoena from the Court.  Accordingly, Plaintiff's Motion for Subpoena (ECF

No. 58) is **DENIED.**

        **IT IS SO ORDERED THIS 21st day of December 2020.**

                                    /s/ Barry A. Bryant
                                    HON. BARRY A. BRYANT
                                    UNITED STATES MAGISTRATE JUDGE