IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TRAVIS R. REVES                                                                                        PLAINTIFF

v.                                         Case No. 4:19-cv-04108

KEVIN CROSS and
SHERIFF ROBERT GENTRY                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed May 7, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 71). Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 63) be granted and all claims be dismissed with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Being well and sufficiently advised and finding no clear error on the face of the record, the Court adopts the Report and Recommendation (ECF No. 71) *in toto*. Defendants' Motion for Summary Judgment is **GRANTED** and all claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 7th day of June, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge